```
              IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF OREGON
```

IVAR VOITS,                                              CV. 08-904-KI

        Plaintiff,                                    ORDER

  v.

WASHINGTON COUNTY and
WASHINGTON COUNTY SHERIFF'S
OFFICE,

        Defendants.

KING, Judge

    Plaintiff commenced this action on July 30, 2008. On November 10, 2008, plaintiff filed a motion for summary judgment. On February 25, 2009, defendants waived service of process and filed an answer to plaintiff's amended complaint.

    Plaintiff has failed to file a certificate of service demonstrating that his motion for summary judgment was served on defendants or their attorney. <u>See</u> Fed. R. Civ. P. 5(a)(1)(D) & (d). Accordingly, the motion (#6) is DENIED.

    IT IS SO ORDERED.

    DATED this   16<u>th</u>   day of March, 2009.

                                       <u>/s/ Garr M. King</u>
                                       Garr M. King
                                       United States District Judge

1 - ORDER